**LAW OFFICES OF**
**JEFFREY LICHTMAN**
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

December 29, 2023

**BY ECF**
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. Carlos De La Torre</u>, 21 CR 554 (NRB)

Dear Judge Buchwald:

I am writing on behalf of defendant Carlos De La Torre and without objection from the government to respectfully request that Pretrial Services be directed to return Mr. De La Torre's Spanish passport and United States Green Card to his possession as he has completed his two-year term of Supervised Release as imposed by Your Honor, as of December 20, 2023.

Thank you for the Court's consideration of this application. I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

David Gelfand

cc:   Sarah Kushner (by ECF)
      Assistant United States Attorney

      Sabrina Gargano (by email)
      U.S. Probation Officer

Application granted.
SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: January 3, 2024
       New York, New York